# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-15-00036-CV

**L. G., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
## NO. C2013-0945C, HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant L.G. filed her notice of appeal on January 6, 2015.  The appellate record was complete January 22, 2015, making appellant's brief due February11, 2015.  To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule requires greater compliance with briefing deadlines.  Therefore we order counsel to file appellant's brief no later than March 4, 2015.  If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on February 17, 2015.

Before Chief Justice Rose, Justices Goodwin and Field